STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular:       (415) 517-4879
Email:          Joyce_Leavitt@fd.org

Counsel for Defendant SIEPS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD SIEPS,<br><br>Defendant. | **Case No.:** CR 19–00354 YGR (VKD)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DETENTION HEARING FROM SEPTEMBER 3, 2020 TO SEPTEMBER 4, 2020** |

   IT IS HEREBY STIPULATED, by and between the parties to this action that the detention hearing, currently set for September 3, 2020, at 10:30 a.m., may be moved to September 4, 2020, at 10:30 a.m. for detention hearing. The reason for the request is that defense counsel is unavailable on September 3, 2020. Pretrial services officer Ana Mendoza, who is preparing the pretrial services report for this case, has been notified of counsel's request to continue the detention hearing by one day.

1
2                                                    IT IS SO STIPULATED.
3
4   Dated:      September 1, 2020
5
                                                     STEVEN G. KALAR
                                                     Federal Public Defender
6                                                    Northern District of California
7
                                                             /S/
8                                                    JOYCE LEAVITT
                                                     Assistant Federal Public Defender
9
10  Dated:      September 1, 2020
11
                                                     DAVID L. ANDERSON
12                                                   United States Attorney
                                                     Northern District of California
13
                                                             /S/
14                                                   THOMAS R. GREEN
                                                     Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER RE: CONTINUE DTN HRG
*SIEPS*, CR 19–00354 YGR (VKD)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD SIEPS,<br><br>Defendant. | Case No.: CR 19–00354 YGR (VKD)<br><br>[PROPOSED] ORDER TO CONTINUE DETENTION HEARING FROM SEPTEMBER 3, 2020 TO SEPTEMBER 4, 2020 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the detention hearing currently scheduled for September 3, 2020, at 10:30 a.m. before Honorable Magistrate Judge Virginia K. DeMarchi, is continued one day to September 4, 2020, at 10:30 a.m. before the duty magistrate judge for detention hearing.

**IT IS SO ORDERED.**

Dated: September 1, 2020

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge