STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    thomas.green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0354 WHO |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| BERNARD SICES, | |
| a/k/a Bernard Sieps, | |
| Defendant. | |

    The government has uncovered evidence that undermines its confidence in its ability to meet its burden in the above-captioned matter. In the interest of justice, the parties therefore ask the Court to deem the defendant to have withdrawn his plea in this case. The undersigned defense counsel represents to the Court that she has spoken to the defendant and the defendant concurs in this request. Further,

//
//
//
//
//

pursuant to Rule 48, the government moves to DISMISS the indictment in the above-captioned matter.

DATED:  May 3, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

DATED:  May 3, 2022

Joyce Leavitt /s/
JOYCE LEAVITT
Counsel for Bernard Sices

Leave is granted to the government to dismiss the Indictment against Bernard Sices, a/k/a Bernard Sieps.  The Indictment is deemed DISMISSED.   The Court deems defendant's prior guilty plea to have been withdrawn.

IT IS SO ORDERED.

Date:  May 3, 2022

HON. WILLIAM H. ORRICK
United States District Judge